UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEARING MEDIA INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DSNR MEDIA GROUP LTD.,<br><br>　　　　Defendant. | Case No. 16-cv-01354-EDL<br><br>**ORDER GRANTING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 33 |

　　　On July 6, 2016, Defendant DSNR Media Group filed a Motion to Reschedule Case Management Conference and Allow an Evidentiary Hearing on Motion to Dismiss for Lack of Personal Jurisdiction and Alternatively Based on Forum Non Conveniens. Defendant's request to reschedule the Case Management Conference is GRANTED. The Case Management Conference will be taken off calendar and rescheduled as necessary following the resolution of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

　　　**IT IS SO ORDERED.**

Dated: July 15, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge